# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| **CHAD EDWARD CAMPBELL,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:24-cv-00002-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **PAZAVAR PRIEST,** | ) | |
| **Acting Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 22, 2024 Memorandum of Decision and Order.

January 22, 2024

Katherine Hord Simon, Clerk
United States District Court