**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:24-cv-00002-MR**

| | |
|---|---|
| **CHAD EDWARD CAMPBELL,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | **ORDER** |
| **vs.** ) | |
| ) | |
| **PAZAVAR PRIEST,** ) | |
| **Acting Warden,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on the *pro se* "Request to Adjoin Appealability Prima Facie Facts State Lacks Jurisdiction" [Doc. 8].

Chad Edward Campbell (the "Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in this Court on January 2, 2024. [Doc. 1]. The Court entered an Order on January 22, 2024, dismissing the petition as procedurally barred for failure to exhaust his available state remedies. [Doc. 3]. In that Order, the Court also declined to grant the Petitioner a certificate of appealability pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases. [Id.].

By the present motion, the Petitioner moves this Court to "adjoin appealability." [Doc. 16]. In doing so, the Petitioner largely reiterates the arguments set forth in his § 2254 petition but cites additional legal authorities.

[Id.].  As such, the Court construes this request as a Motion for Reconsideration as to the Court's previous dismissal of the Petitioner's § 2254 petition [Doc. 3].

The Court has already set forth its reasoning for the dismissal of the Petition for Writ of Habeas Corpus: namely, failure to exhaust state remedies.  [Id.].  The Petitioner sets forth no new evidence or arguments on this issue to convince the Court that it should reconsider its prior Order; he instead makes substantive legal arguments as to the invalidity of his underlying state conviction.

In addition to the request's lack of merits, the Court also notes that the filing is not valid as it is unsigned by the Petitioner and would therefore deny the request on those grounds.

**IT IS, THERFORE, ORDERED** that the Petitioner's "Request to Adjoin Appealability Prima Facie Facts State Lacks Jurisdiction" [Doc. 8] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 29, 2024

Martin Reidinger
Chief United States District Judge